## PROCEEDINGS OF SUPREME COURT

### WEEKLY REPORT OF
#### CASES DECIDED
#### GENERAL DOCKET
#### FRIDAY, APRIL 24, 1925.

19043. State ex Indust. Com. et, v. Clinton School Dist. et. In Mandamus. Judgment for plaintiff by default. Marshall, C. J., Jones, Matthias, Day Allen & Robinson, JJ., concur. Dock. 3-26-25, 3 Abs. 214.

#### TUESDAY, APRIL 28, 1925.

18518. E. E. Drew v. Edward J. Gross. Error to Seneca Appeals. Judgment reversed. Marshall, C J., Jones, Matthias, Day, Allen, Kinkade, Robinson, JJ., concur. Dock. 4-16-24, 2 Abs. 290.